# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDSIE WIRTH, | : |
| | : |
|     Plaintiff | : |
| | : 3:22-CV-1911 |
| v. | : (JUDGE MARIANI) |
| | : |
| TRANS WESTERN POLYMERS, INC., | : |
| | : |
|     Defendant. | : |

## ORDER

AND NOW, THIS 10th DAY OF JULY, 2023, upon receipt of the parties' "Stipulation of Dismissal with Prejudice" (Doc. 18) informing the Court that the Plaintiff seeks to dismiss the Complaint in the above-captioned action "in its entirety, with prejudice, and with each party bearing her/its own fees and costs," **IT IS HEREBY ORDERED THAT** this action is **DISMISSED**. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge